# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  NHU HUYNH TRAN MAI, )<br>)<br>)<br>          Plaintiff, )<br>)<br>v.                                                              )<br>)<br>1. ALLSTATE VEHICLE & PROPERTY )<br>    INSURANCE COMPANY, A Foreign )<br>    For Profit Insurance Corporation, )<br>)<br>          Defendant. ) | Case No. CIV-16-194-M |

## **NOTICE OF SETTLEMENT**

Comes Now the Plaintiff, Nhu Huynh Tran Mai, by and through her counsel of record, McGrew, McGrew & Associates, who hereby gives notice to the court that the parties have reached a settlement of the above captioned matter.   At this time, the parties are in the process of exchanging settlement release documents and drafts.   The parties hereby request that any scheduled court appearances and deadlines be stricken.   The Plaintiff and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 2nd day of December, 2016.

-2-

       **By:** **/s/Michael McGrew**
          **Michael D. McGrew, OBA # 13167**
          **McGrew, McGrew & Associates**
          **400 N. Walker Ave., #115**
          **Oklahoma City, OK 73102**
          **Telephone: (405) 235-9909**
          **Facsimile: (405) 235-9929**
          **E-Mail: mcgrewslaw@yahoo.com**
          **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2016, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ron Walker
Tomlinson, Rust, McKinstry & Grable
Two Leadership Square
211 North Robinson Avenue, Suite 450
Oklahoma City, OK 73102

Counsel for Defendant

                                                    *s/Michael D. McGrew*