IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NHU HUYNH TRAN MAI,

        Plaintiff,

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

        Defendant.

Case No. CIV-16-194-M

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Nhu Huynh Tran Mai, and Defendant, Allstate Vehicle and Property Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety with prejudice to their refiling. Each party shall bear its own attorney's fees and costs.

Dated this 19th day of December, 2016.

| | |
|---|---|
| s/MICHAEL D. MCGREW | s/RONALD L. WALKER |
| Michael D. McGrew, OBA # 013167 | RONALD L. WALKER, OBA #9295 |
| McGrew, McGrew & Associates, PC | JERRY D. NOBLIN, JR. OBA #20296 |
| 400 N. Walker, Suite 115 | TOMLINSON · RUST · MCKINSTRY · GRABLE |
| Oklahoma City, OK 73102 | Two Leadership Square, Suite 450 |
| Telephone:  405/235-9909 | 211 North Robinson Ave. |
| Facsimile:  405/235-9929 | Oklahoma City, Oklahoma 73102 |
| mcgrewslaw@yahoo.com | Telephone:  405/606.3370 |
| *Attorney for Plaintiff* | Facsimile:   877/917.1559 |
| | ronw@TRMGlaw.com |
| | jerryn@TRMGlaw.com |
| | *Defendant Allstate Vehicle and Property Insurance Company* |